Smith
— v —
ServiceMaster

BERNICE B. DONALD

Smith
— v —
ServiceMaster

DIANE K. VESCOVO